AO 471 (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO, NEVADA

```
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JAN 2 5 2013

     CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES OF AMERICA

vs.

JOSEPH ANTHONY CORDOVA,

*Defendant*

**ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)**

CASE NUMBER: 2:99-CR-0127-LDG

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole. This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:** The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until **Monday, February 11, 2013** at **9:00 AM** for revocation proceeding before Judge Lloyd D. George in Las Vegas Courtroom 6B.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred. If no action is taken by the above date, the defendant must by brought before this court on that date for further proceedings.

Date: January 25, 2013

_____
Judge's Signature

VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Printed name and title